No. 1130. UNITED CARBON CO. ET AL. *v.* BINNEY & SMITH CO. May 11, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Hugh M. Morris, George P. Dike,* and *Osman E. Swartz* for petitioners. *Messrs. Dean S. Edmonds* and *William H. Davis* for respondent.

No. 1137. NATIONAL LABOR RELATIONS BOARD *v.* INDIANA & MICHIGAN ELECTRIC CO. ET AL. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Messrs. Murray Seasongood* and *Lester A. Jaffe* for respondents.

No. 1138. MANGUS ET AL. *v.* MILLER. May 25, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Mr. J. D. Skeen* for petitioners. *Mr. Hadlond P. Thomas* for respondent.

No. 1211. DAVIS *v.* DEPARTMENT OF LABOR AND INDUSTRIES. May 25, 1942. Petition for writ of certiorari to the Supreme Court of the State of Washington granted. *Messrs. Maurice R. McMicken, Otto B. Rupp* and *Alfred J. Schweppe* for petitioner. *Messrs. Smith Troy,* Attorney General of the State of Washington, and *T. H. Little,* Assistant Attorney General, for respondent.

No. 1166. UNITED STATES *v.* MILLER ET AL. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Solicitor Gen-*